# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

|   |   |
|---|---|
| **Debtor:** | FB&F ENTERTAINMENT, LLC |
| **Case Number:** | 11-04382-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JULY 18, 2011 11:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | NOT RECORDED |

### *Matters:*

1) Continued Final Hearing to be held on Motion to Abandon, Motion for Relief from Stay filed by Ben T. Caughey on behalf of Creditor SMC-Retail, LLC and Debtor's objection filed thereto [5,31]
   **R / M #:**    0 / 0

2) Continued Hearing on Debtor's Objection to Claim #5 for SMC-Retail LLC  [44]
   **R / M #:**    0 / 0

3) Continued Evidentiary Hearing on Motion to Compel Payment of Rental Obligations and Request to Allow Administrative Expense filed by Ben T. Caughey on behalf of Creditor SMC-Retail, LLC.  [33]
   **R / M #:**    0 / 0

4) Continued Emergency Telephonic Hearing Re:   Motion for Authority Emergency Motion for Order Approving Settlement Agreement and Post-Petition Lease Between Debtor and its Pre-Petition Landlord SMC-Retail, LLC filed by Harley K Means on behalf of Debtor FB&F Entertainment, LLC  [69]
   **R / M #:**    0 / 0

5) Emergency Telehonic Hearing Re:   Emergency Motion for Order Approving Settlement Agreement and Post-Petition Lease Between Debtor and its Pre-Petition Landlord SMC-Retail, LLC filed by Harley K Means on behalf of Debtor FB&F Entertainment, LLC.  [72]
   **R / M #:**    0 / 0

### *Appearances:*

JAMES A. KNAUER, ATTORNEY FOR FB&F ENTERTAINMENT, LLC
HARLEY K MEANS, ATTORNEY FOR FB&F ENTERTAINMENT, LLC
JOSEPH F MCGONIGAL, ATTORNEY FOR U.S. TRUSTEE
BEN T. CAUGHEY, ATTORNEY FOR SMC-RETAIL, LLC
MIKE LEWINSKI - ATTORNEY FOR SMC-RETAIL, LLC
DAVID WALLACE/GREG CASTLE - FB&F ENTERTAINMENT
WILLIAM KEOWN - ATTORNEY FOR FIRST CAPTIAL BANK

### *Proceedings:*

* Disposition:  Telephone Conference held.
(1) Motion to be withdrawn.
(2) Moot
(3) Moot
(4) Moot per 2nd motion filed.
(5) Parties to submit order.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**